IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ETSY, INC., and RACHANA KUMAR,

    Plaintiffs,

vs.

UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services;

    Defendant.

4:22CV3022

**FINAL PROGRESSION ORDER (AMENDED)**

After conferring with the parties, Plaintiff will not be seeking extra-record discovery. The parties have submitted new progression deadlines for filing cross-motions for summary judgment.

Accordingly,

IT IS ORDERED:

1) Plaintiff's motion for extra-record discovery is denied as moot. (Filing No. 24).

2) The telephone conference scheduled for June 7, 2023, at 10:00 a.m. is canceled.

3) Defendant shall file an Answer and the Certified Administrative Record on or before June 9, 2023. (See Filing No. 43).

4) This case will be resolved by cross-motions for summary judgment. The motion and briefing schedule will be as follows:

    a. Plaintiffs shall file their Motion for Summary Judgment and Brief in Support on or before July 12, 2023.

    b. Defendant shall file any Brief in Opposition to Plaintiff's Motion for Summary Judgment on or before August 11, 2023.

    c. Defendant shall file a Cross-Motion for Summary Judgment and Brief in Support on or before August 11, 2023.

    d. Plaintiffs shall file any Reply Brief in support of Plaintiff's Motion for Summary Judgment on or before September 1, 2023.

    e. Plaintiff shall file any Brief in Opposition to Defendant's Motion for Summary Judgment on or before September 1, 2023.

    f. Defendant shall file any Reply Brief in support of Defendant's Motion for Summary Judgment on or before September 22, 2023.

Dated this 7th day of June, 2023.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge