IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ETSY, INC., and RACHANA KUMAR,<br><br>Plaintiffs,<br><br>vs.<br><br>UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services;<br><br>Defendant. | 4:22CV3022<br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED: Defendants' Unopposed Motion to Extend Summary Judgment Deadlines is granted. (Filing No. 51). The unexpired deadlines in the motion and briefing schedule are amended as follows:

a. Defendant shall file any Brief in Opposition to Plaintiff's Motion for Summary Judgment on or before September 11, 2023.

b. Defendant shall file a Cross-Motion for Summary Judgment and Brief in Support on or before September 11, 2023.

c. Plaintiffs shall file any Reply Brief in support of Plaintiff's Motion for Summary Judgment on or before October 2, 2023.

d. Plaintiff shall file any Brief in Opposition to Defendant's Motion for Summary Judgment on or before October 2, 2023.

e. Defendant shall file any Reply Brief in support of Defendant's Motion for Summary Judgment on or before October 23, 2023.

Dated this 7th day of August, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge