IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ETSY, INC., and RACHANA KUMAR,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services,<br><br>　　　　　　Defendant. | 4:22CV3022<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL |

　　　This case is before the Court on the parties' Joint Stipulation for Dismissal. Filing 55. The parties seek dismissal without prejudice according to an Agreement reached between the parties. Accordingly,

　　　IT IS ORDERED that the parties' Joint Stipulation for Dismissal, Filing 55, is granted, and this case is dismissed in its entirety without prejudice pursuant to the terms of the parties' Joint Stipulation for Dismissal and Agreement.

　　　Dated this 2nd day of October, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge